## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

KHALID MOHAMMAD,

   Plaintiff,

v.               No.  14cv340 KG/SMV

CIRCLE K #8943, *et al.*,

   Defendants.

## FINAL ORDER

Pursuant to FED. R. CIV. P. 58(a), and consistent with the Court's Memorandum

Opinion and Order dismissing Plaintiff's case,

  **IT IS ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.**

_____

**UNITED STATES DISTRICT JUDGE**